IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ISAAC L. FORD** | § |
| *Plaintiff,* | § |
| v. | § |
| **WILMINGTON SAVINGS** | § CIVIL ACTION NO. 4:22-CV-3971 |
| **FUND SOCIETY, FSB** | § |
| *Defendant.* | § |
| | § |

# ORDER

On this day, the Court considered the Agreed Stipulation of Dismissal With Prejudice submitted by Plaintiff Isaac L. Ford and Defendant Wilmington Savings Fund Society, FSB. ECF No. 19.

In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendant Wilmington Savings Fund Society, FSB are **DISMISSED WITH PREJUDICE** with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th of January, 2024.

Keith P. Ellison
United States District Judge